UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLEY RICE, on her own behalf and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>LUCKY STRIKE ENTERTAINMENT CORPORATION, f/k/a/ BOWLERO CORP.,<br><br>                    Defendant. | CASE NO. 2:25-cv-02467-LK<br><br>ORDER SETTING BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion Regarding Defendant's Anticipated Motion to Dismiss Briefing Schedule. Dkt. No. 13. The Court GRANTS the motion and sets the following briefing schedule:

- Defendant to file Motion to Dismiss by January 16, 2026.
- Plaintiff to file Opposition by February 20, 2026.
- Defendant to file Reply by March 11, 2026.
- Defendant to note the Motion to Dismiss for March 11, 2026.

DATED this 30th day of December, 2025.

Lauren King
United States District Judge

ORDER SETTING BRIEFING SCHEDULE - 1