THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLEY RICE, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKY STRIKE ENTERTAINMENT CORPORATION, f/k/a/ BOWLERO CORP.,<br><br>Defendant. | Case No. 2:25-cv-02467<br><br>**SECOND STIPULATED MOTION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>January 13, 2026 |

## STIPULATED MOTION

Defendant Lucky Strike Entertainment Corporation f/k/a Bowlero Corp and Plaintiff Kelly Rice (collectively, the "Parties"), by and through their respective counsel, respectfully stipulate and move to amend the previously entered briefing schedule for Defendant's anticipated Motion to Dismiss by an additional two (2) weeks, as follows:

- Defendant to file Motion to Dismiss by January 30, 2026.
- Plaintiff to file Opposition by March 6, 2026.
- Defendant to file Reply by March 25, 2026.
- Defendant to note the Motion to Dismiss for March 25, 2026.

SECOND STIPULATED MOTION REGARDING
MOTION TO DISMISS BRIEFING SCHEDULE
(Case No. 2:25-cv-02467)- 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  The Parties have conferred and agree that additional time is warranted for the Parties to confer regarding the possibility of limiting the scope of Defendants' anticipated motion to dismiss, in an effort to save judicial resources and minimize expense.[1] This request is made in good faith and not for purposes of delay. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of nor otherwise affect any right, defense, claim, or objection.

SO STIPULATED this 13th day of January, 2026.

**STRAUSS BORRELLI PLLC**

By: *s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Phone: (872) 263-1100
Email: sam@straussborrelli.com
     raina@straussborrelli.com

**COHENMALAD, LLP**
Lynn A. Toops (*pro hac vice pending*)
Natalie A. Lyons (*pro hac vice pending*)
Ian R. Bensberg (*pro hac vice pending*)
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Email: ltoops@cohenmalad.com
     nlyons@cohenmalad.com
     ibensberg@cohenmalad.com

-and-

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Kit William Clyde Roth*
Damon C. Elder, WSBA #46754
Kit William Clyde Roth, WSBA #33059
Ari M. Sillman, WSBA #60798
Andrew S. DeCarlow, WSBA #54471
T. Ray Ivey, WSBA #55683
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
     kit.roth@morganlewis.com
     ari.sillman@morganlewis.com
     andrew.decarlow@morganlewis.com
     ray.ivey@morganlewis.com

Ari Micah Selman (*pro hac vice*)
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Email: ari.selman@morganlewis.com

*Attorneys for Defendant Lucky Strike Entertainment Corporation f/k/a Bowlero Corp.*

---

[1] While Judge King's Standing Order for All Civil Cases allows the Parties to "agree among themselves to extend the answer deadline without a Court order," this motion is intended to preserve the cadence of the previously stipulated amended briefing schedule.

SECOND STIPULATED MOTION REGARDING
MOTION TO DISMISS BRIEFING SCHEDULE
(Case No. 2:25-cv-02467)- 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

1 | **STRANCH, JENNINGS & GARVEY, PLLC**
2 | J. Gerard Stranch, IV (*pro hac vice pending*)
   | Michael C. Tackeff (*pro hac vice pending*)
3 | Andrew K. Murray (*pro hac vice pending*)
   | 223 Rosa L. Parks Avenue, Suite 200
4 | Nashville, TN 37203
   | Phone: (615) 254-8801
5 | Email: gstranch@stranchlaw.com
   |         mtackeff@stranchlaw.com
6 |         amurray@stranchlaw.com

*Attorneys for Plaintiff*

SECOND STIPULATED MOTION REGARDING
MOTION TO DISMISS BRIEFING SCHEDULE
(Case No. 2:25-cv-02467)- 3

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____, 2026.

_____
THE HONORABLE LAUREN KING
UNITED STATES DISTRICT JUDGE

*Presented by:*

| | |
|---|---|
| **STRAUSS BORRELLI PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Samuel J. Strauss* | By: *s/ Kit Williams Clyde Roth* |
| Samuel J. Strauss, WSBA No. #46971 | Damon C. Elder, WSBA #46754 |
| Raina C. Borrelli* | Kit William Clyde Roth, WSBA #33059 |
| 980 N. Michigan Avenue, Suite 1610 | Ari M. Sillman, WSBA #60798 |
| Chicago, IL 60611 | Andrew S. DeCarlow, WSBA #54471 |
| Phone: (872) 263-1100 | T. Ray Ivey, WSBA #55683 |
| Email: sam@straussborrelli.com | 1301 Second Avenue, Suite 3000 |
| raina@straussborrelli.com | Seattle, WA 98101 |
| | Phone: (206) 274-6400 |
| **COHENMALAD, LLP** | Email: damon.elder@morganlewis.com |
| Lynn A. Toops (*pro hac vice pending*) | kit.roth@morganlewis.com |
| Natalie A. Lyons (*pro hac vice pending*) | ari.sillman@morganlewis.com |
| Ian R. Bensberg (*pro hac vice pending*) | andrew.decarlow@morganlewis.com |
| One Indiana Square, Suite 1400 | ray.ivey@morganlewis.com |
| Indianapolis, IN 46204 | |
| Phone: (317) 636-6481 | Ari Micah Selman (*pro hac vice*) |
| Email: ltoops@cohenmalad.com | 101 Park Avenue |
| nlyons@cohenmalad.com | New York, NY 10178 |
| ibensberg@cohenmalad.com | Phone: (212) 309-6000 |
| | Email: ari.selman@morganlewis.com |
| **STRANCH, JENNINGS & GARVEY, PLLC** | |
| J. Gerard Stranch, IV (*pro hac vice pending*) | *Attorneys for Defendant Lucky Strike* |
| Michael C. Tackeff (*pro hac vice pending*) | *Entertainment Corporation f/k/a Bowlero Corp.* |
| Andrew K. Murray (*pro hac vice pending*) | |
| 223 Rosa L. Parks Avenue, Suite 200 | |
| Nashville, TN 37203 | |
| Phone: (615) 254-8801 | |
| Email: gstranch@stranchlaw.com | |
| mtackeff@stranchlaw.com | |
| amurray@stranchlaw.com | |

*Attorneys for Plaintiff*

SECOND STIPULATED MOTION REGARDING
MOTION TO DISMISS BRIEFING SCHEDULE
(Case No. 2:25-cv-02467)- 4

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401