UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLEY RICE, on her own behalf and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LUCKY STRIKE ENTERTAINMENT CORPORATION, f/k/a/ BOWLERO CORP.,<br><br>　　　　　　　　Defendant. | CASE NO. 2:25-cv-02467-LK<br><br>ORDER SETTING BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion Regarding Anticipated Motion to Dismiss Briefing Schedule. Dkt. No. 15. The Court GRANTS the motion and sets the following briefing schedule:

- Defendant to file Motion to Dismiss by January 30, 2026.
- Plaintiff to file Opposition by March 6, 2026.
- Defendant to file Reply by March 25, 2026.
- Defendant to note the Motion to Dismiss for March 25, 2026.

DATED this 13th day of January, 2026.

*Lauren King*
_____
Lauren King
United States District Judge

ORDER SETTING BRIEFING SCHEDULE - 1